**FILED**
CLERK, U.S. DISTRICT COURT

01/04/2022

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAVIER PAZ,<br><br>　　　　Defendant. | CR No. 5:22-cr-00001-JWH<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1001(a)(3): Making and Using False Documents] |

The Acting United States Attorney charges:

[18 U.S.C. § 1001(a)(3)]

A.　RELEVANT PERSONS AND ENTITIES

At times relevant to this Information:

1.　FCI Victorville was a medium security federal correctional institution located in Victorville, California that was run by the Federal Bureau of Prisons ("BOP").  FCI Victorville was one of several facilities used to house inmates who have been charged with federal crimes in the Central District of California.  FCI Victorville housed approximately 975 inmates and assigned inmates to various housing units within the facility.  FCI Victorville employed

correctional officers, whose primary duty was to ensure the care, custody, and control of the inmate population of the facility.

2. Defendant JAVIER PAZ was employed as a correctional officer at FCI Victorville since approximately 2020. Defendant PAZ's assignment included the "D-Upper" unit, which was in lockdown in January 2021. On January 20, 2021, defendant PAZ worked a regular shift from 4:00 p.m. to 9:30 p.m. in the lockdown unit.

3. When an inmate death occured, BOP would investigate the circumstances surrounding the death, which typically would include a review of round logs to determine whether the appropriate rounds were done and whether any changes to the rounds or any other institutional changes should be made to prevent future deaths.

B.   THE SUICIDE OF INMATE N.C.

4. On January 18, 2021, FCI Victorville inmate N.C. told defendant PAZ that he was having suicidal thoughts. In response to learning that information, defendant PAZ caused N.C. to be transferred out of the unit by alerting FCI Victorville Operations Lieutenant A at approximately 8:00 p.m. who in coordination with psychology services transferred N.C. to a suicide watch room. FCI Victorville Psychologist A examined N.C. the following morning on January 19, 2021.

5. On January 19, 2021, FCI Victorville Psychologist A and her supervisor, FCI Victorville Deputy Chief Psychologist, approved N.C.'s transfer back to defendant PAZ's unit. After N.C. returned to defendant PAZ's unit, N.C. told FCI Victorville Psychologist A he wanted protective custody which, if granted, would have resulted in N.C. being transferred to a Special Housing Unit, which unit had even more frequent rounds than defendant PAZ's unit. FCI Victorville

Psychologist A Dr. passed along N.C.'s request to a Special Investigation Services Lieutenant A, but that request was not acted upon.

6. On January 20, 2021, N.C. was housed alone in cell 419 located in the "D-Upper" unit, which was in lockdown. Lockdown meant that inmates could not leave their cells except to shower or for emergencies, which also meant correctional officers had fewer monitoring duties. Defendant PAZ was working alone in the D-Upper unit of FCI Victorville. One of defendant PAZ's central responsibilities during that shift was to conduct irregular rounds on each cell to confirm each inmate's welfare and location within every half hour block from 4:00 p.m. to 9:30 p.m. Defendant PAZ was further required to document that he had conducted each round to ensure BOP personnel had properly accounted for the safety and status of the inmates and ensure the facility's proper operation.

7. On January 20, 2021, defendant PAZ discovered N.C. unresponsive in his cell at 8:49 p.m. N.C. was declared dead at 9:13 p.m., and the medical examiner concluded his death was suicide by hanging.

C. <u>DEFENDANT'S FALSE LOGS</u>

8. Defendant PAZ's January 20, 2021 rounds log set forth that he conducted all of his required rounds, including of inmate N.C.'s cell, on 5:40, 6:40, 7:05, 8:10, and 9:11 p.m. Defendant PAZ initialed each of these entries in order to vouch for their accuracy. Defendant PAZ knew each of the 5:40, 6:40, 7:05, 8:10, and 9:11 p.m. entries were false because he did not conduct full rounds of the unit, including N.C.'s cell, at any of those times.

9.  After N.C.'s body was discovered, FCI Victorville Operations Lieutenant A collected defendant PAZ's round logs. Defendant PAZ understood at that time that those logs would be utilized by BOP, among others, to investigate the circumstances surrounding N.C.'s death and potentially any changes needed by the facility to address the death.  Defendant PAZ did not change or correct his rounds log or otherwise convey to any FCI Victorville personnel that his log contained multiple false entries because he had failed to conduct several required rounds prior to N.C.'s suicide.

D.  MAKING AND USING FALSE DOCUMENTS

10.  On or about January 20, 2021, in San Bernardino County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the BOP, defendant JAVIER PAZ, knowingly and willfully made and used a false document, knowing the document contained materially false statements and entries.  Specifically, defendant PAZ created, initialed, and submitted his January 20, 2021 rounds log stating that he had performed each of his mandated thirty-minute welfare checks in the lockdown unit at FCI Victorville, when

///

4

in fact, as he then knew, he had failed to perform several of his welfare checks during that shift.

```
                              TRACY L. WILKISON
                              Acting United States Attorney

                              [signature]

                              SCOTT M. GARRINGER
                              Assistant United States Attorney
                              Chief, Criminal Division

                              MACK E. JENKINS
                              Assistant United States Attorney
                              Chief, Public Corruption and
                                Civil Rights Section
```